## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANNE MARTINEZ, individually and on behalf of all other persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:07CV00188 |
| REGISTERFLY, INC., UNIFIEDNAMES INC., HOSTING SERVICES GROUP INC., KEVIN MEDINA, in his personal capacity and as an agent of RegisterFly, Inc. and as an agent of Unifiednames Inc., JOHN NARUSZEWICZ, in his capacity as an agent of both Unifiednames and RegisterFly, eNom, and ICANN, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 21, 2007, was served on the parties in this action. The Recommendation provided that Plaintiff's Motion for Temporary Restraining Order should be denied. No objections were filed within the time limits set by the Order of the Magistrate Judge. Plaintiff Anne Martinez did file a "Motion for Preliminary Injunction" within the time for objections, but she did not file formal objections. As a part of her motion, she wrote,

> Without waiving any objections to the Recommendation and Order . . . Anne Martinez hereby objects to the recommendation is (sic) part, but further shows the Court . . . that time is of the essence . . . [and requests] that the Court remove the seal from this case, authorize the Plaintiff to serve all parties with actual notice of hearing and grant an expedited hearing for March 23rd on this Plaintiff's Motion for Preliminary Injunction.

(Pleading No. 18 at 1.)

There are no specifically stated objections to the Magistrate Judge's Recommendation. The Court, after de novo review, adopts the Recommendation in full. Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order (Pleading No. 5) is **DENIED**. Further, on review of the file, **IT IS ORDERED** that the entire record in this case, except for that portion of the March 20 hearing containing allegedly proprietary and protected information ("tape 2") provided by Defendant ICANN and the Magistrate Judge's Order Regarding Permanent Sealing, is **UNSEALED**. Plaintiff shall proceed to serve process in this action, including copies of all pleadings and orders.

With regard to Plaintiff's Motion for Preliminary Injunction, a hearing is hereby set before Magistrate Judge Sharp on Wednesday, April 11, at 9:30 a.m. in Greensboro (Courtroom 1A). No further notice need be given by the Clerk.

_____
United States District Judge

Date: March 23, 2007

-2-

Case 1:07-cv-00188-UA-PTS   Document 22   Filed 03/23/2007   Page 2 of 2