UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| ANNE MARTINEZ, individually and on Behalf of all other persons similarly situated, ) ) ) | |
| Plaintiffs, ) ) | **Civil Action No. 07-CV-188** |
| v. ) ) | |
| REGISTERFLY, INC., ) UNIFIEDNAMES INC., ) HOSTING SERVICES GROUP INC., ) KEVIN MEDINA, in his personal capacity ) and as an agent of RegisterFly, Inc. ) and as an agent of Unifiednames Inc. ) John Naruszewicz, in his capacity as an ) agent of both Unifiednames and RegisterFly, ) ENOM, and ICANN, ) ) | **MOTION TO DISMISS OR TRANSFER** |
| Defendants. ) ) | |

COMES NOW defendant eNom, Inc., by and through its undersigned counsel, to respectfully move the Court pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss plaintiff's claims against eNom for failure to state a claim. Ms. Martinez's claims against eNom are deficient as a matter of law. Alternatively, eNom respectfully moves the Court to dismiss plaintiff's claims against eNom pursuant to Rule 12(b)(3) for improper venue because those claims were brought in the wrong district in violation of a binding forum selection clause. If the Court declines to dismiss the claims against eNom, eNom asks that they be transferred to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. §1404(a) and pursuant to the forum selection clause. This motion is supported by eNom's Brief in Support of Its Motion to Dismiss or Transfer and by the Declaration of John Kane.

MOTION TO DISMISS OR TRANSFER (07-CV-188) — 1

SEA 2000874v1 0065675-000013

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Respectfully submitted this 7th day of May, 2007,

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for eNom, Inc. | Nexsen Pruet Adams Kleemeier, PLLC<br>Attorneys for eNom, Inc. |
| /s/ Randy Gainer<br>Randy Gainer<br>Fred Burnside<br>Nigel Avilez<br>Admitted *pro hac vice* | /s/ Gary L. Beaver<br>Stuart C. Gauffreau<br>N. C. State Bar No. 23122<br>Gary L. Beaver<br>N.C. State Bar No. 10244 |

MOTION TO DISMISS OR TRANSFER — 2
(07-CV-188)
SEA 2000874v1 0065675-000013

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Case 1:07-cv-00188-JAB   Document 37   Filed 05/07/07   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing MOTION TO DISMISS OR TRANSFER was duly served upon all parties in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure by electronic service and/or depositing it in the United States Mail, first-class postage prepaid, addressed as follows:

E. Clarke Dummit
The Dummit Law Firm
213 West Sixth Street
Winston-Salem, NC 27101
*Attorney for Plaintiff*

John Naruszewicz
254 Elmwynd Drive
Orange, NJ 07050

RegisterFly, Inc.
c/o Walis Group, Inc.
501 Silverside Road, Suite 105
Wilmington, DE 19809

RegisterFly, Inc.
623 Eagle Rock Avenue, Suite 7
West Orange, NJ 07052

Kevin Medina
960 41st Street
Miami Beach, FL 33140

Philip J. Mohr, Esq.
Ronald R. Davis, Esq.
Womble Carlyle Sandridge & Rice
One West Fourth Street
Winston-Salem, NC 27101
*Attorneys for ICANN*

UnifiedNames, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

UnifiedNames, Inc.
c/o Kevin Medina
254 Elmwynd Drive
Orange, NJ 07050

Hosting Services Group
c/o Kevin Medina
623 Eagle Rock Avenue, Suite 7
West Orange, NJ 07052

This the 7th day of May, 2007.

/s/ Gary L. Beaver
Gary L. Beaver