UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| **ANNE MARTINEZ**, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**REGISTERFLY, INC.**,<br>**UNIFIEDNAMES INC.**<br>**HOSTING SERVICES GROUP INC.**<br>**KEVIN MEDINA,** in his personal capacity and as an agent of RegisterFly, Inc. and as an agent of Unifiednames Inc.<br>John Naruszewicz, in his capacity as an agent of both Unifiednames and RegisterFly,<br>**ENOM,** and<br>**ICANN,**<br><br>Defendants. | **Civil Action No 07-cv-188**<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT ICANN**<br>( Fed. R. Civ. P. 41(a)(1)(i) ) |

The plaintiff, Anne Martinez, dismisses, without prejudice, all claims asserted in this action against defendant Internet Corporation for Assigned Names and Numbers ("ICANN") and against that defendant only. The action remains pending and is not dismissed as to any other defendant.

Plaintiff dismisses defendant ICANN pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure on the grounds that this defendant has not yet served an answer or moved for summary judgment in this action.

Dated: May 07, 2007              Respectfully Submitted

                                 <u>/s/ E. Clarke Dummit</u>
                                 E. Clarke Dummit
                                 The Dummit Law Firm
                                 213 West Sixth Street
                                 Winston-Salem, NC 27101
                                 336.777.8081
                                 336.777.0160 (fax)

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing NOTICE OF DISMISSAL AS TO DEFENDANT ICANN was duly served upon all parties in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure by electronic service and/or depositing it in the United States Mail, first-class postage prepaid, addressed as follows:

Philip J. Mohr, Esq.
Ronald R. Davis, Esq.
Womble Carlyle Sandridge & Rice
One West Fourth Street
Winston-Salem, NC 27101
*Attorneys for ICANN*