UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| **ANNE MARTINEZ**, individually and on behalf of all other persons similarly situated, | ) ) ) | **Civil Action No 2007-cv-00188** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **REGISTERFLY, INC., UNIFIEDNAMES, INC., HOSTING SERVICES GROUP, INC., KEVIN MEDINA**, in his personal capacity and as an agent of RegisterFly, Inc., and as an agent of UnifiedNames, Inc., **JOHN NARUSZEWICZ**, in his capacity as an agent of both RegisterFly, Inc. and UnifiedNames, **ENOM**, and **ICANN**,) | ) ) ) ) ) ) ) ) ) ) ) ) | **ENTRY OF DEFAULT** |
| Defendants. | ) | |

_____

The Plaintiff having filed a motion praying for an entry of default against **Defendants RegisterFly, Inc., Hosting Services Group, Inc., UnifiedNames, Inc.** and **Kevin Medina** with the Clerk of Court on July 2, 2007 and it appearing to the undersigned that more than 20 days have passed since service of the summons and complaint upon Defendants and Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

**THEREFORE,** default is hereby entered against Defendants RegisterFly, Inc., Hosting Services Group, Inc., UnifiedNames, Inc. and Kevin Medina, in favor of the Plaintiff.

This the 19th day of September, 2007.

    /s/ John S. Brubaker
Clerk of Court
Middle District of North Carolina