IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANNE MARTINEZ, individually and on behalf of all other persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:07CV00188 |
| REGISTERFLY, INC., UNIFIEDNAMES INC., HOSTING SERVICES GROUP INC., KEVIN MEDINA, in his personal capacity and as an agent of RegisterFly, Inc. and as an agent of Unifiednames Inc., JOHN NARUSZEWICZ, in his capacity as an agent of both Unifiednames and RegisterFly, eNom, and ICANN, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## FOR FAILURE TO OBTAIN SERVICE

The record in this action, not indicating that Plaintiff has obtained service upon defendant John Naruszewicz, in his capacity as an agent of both Unifiednames and RegisterFly, within 120 days after filing of the complaint, and Plaintiff, after notice, not having demonstrated good cause why such service was not made within the period, this action is dismissed without prejudice as to defendant John Naruszewicz in his capacity as an agent of both Unifiednames and RegisterFly.

**IT IS SO ORDERED.**

This the   28th   day of November, 2007.

/s/ P. Trevor Sharp<br>United States Magistrate Judge

Date:  November 28, 2007