IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANNE MARTINEZ, individually and on behalf of all other persons similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGISTERFLY, INC., )<br>UNIFIEDNAMES INC., HOSTING )<br>SERVICES GROUP INC., KEVIN )<br>MEDINA, in his personal capacity and )<br>as an agent of RegisterFly, Inc. and as )<br>an agent of Unifiednames Inc., JOHN )<br>NARUSZEWICZ, in his capacity as )<br>an agent of both Unifiednames and )<br>RegisterFly, ENOM, and ICANN, )<br>)<br>Defendants. ) | 1:07CV188 |

## DEFAULT JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 30, 2008, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that default judgment is hereby entered in favor of Plaintiff Anne Martinez, individually, against defaulting Defendants Hosting Services Group, Inc., Kevin Medina, Registerfly, Inc., and

UnifiedNames, Inc., jointly and severally, in the amount of $41,387.40 (trebled damages). Attorney's fees should be awarded to the Dummit Law Firm in the amount of $9,648.56 (fees and costs), payable by the defaulting Defendants, jointly and severally. Contemporaneously with the entry of such a default judgment, this action should be dismissed.

/s/ James A. Beaty
United States District Court Judge

Date: February 6, 2009